UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers
Health Fund; the Rhode Island Laborers'
Pension Fund; the New England Laborers'
Training Trust Fund; the New England
Laborers' Labor Management
Cooperation/Trust Fund; the New England
Laborers' Health & Safety Fund; the New
England Laborers' Unified Trust Fund; the
Rhode Island Laborers' Annuity Fund;
the Rhode Island Laborers' Legal Services
Fund; the Rhode Island Construction
Industry Advancement Fund; and the
RHODE ISLAND LABORERS' DISTRICT
COUNCIL OF THE LABORERS'
INTERNATIONAL UNION OF
NORTH AMERICA, AFL-CIO,

v. C.A. No. 06-160S

AUBEN CONCRETE CONSTRUCTION CO.

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, Ronald M. Coia, et al., hereby voluntarily dismiss the Complaint in the above-referenced matter, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

RONALD M. COIA, et al.
By their Attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Date: April 25, 2006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 4/26/06

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am over 18 years of age and not a party to this suit. On this 26th day of April, 2006, I mailed a true and accurate copy of the within Notice of Voluntary Dismissal to the following:

David J. Bennett
25 Oliphant Lane
Middletown, RI 02842

[signature]

*379506_1.doc*